UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMARIN PHARMA, INC., *et al.*, <br><br> Defendants. | Civil Action No. 24-04341 (RK) (TJB) |
| APOTEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMARIN PHARMA, INC., *et al.*, <br><br> Defendants. | Civil Action No. 24-07041 (RK) (TJB) <br><br> **ORDER** |

**THIS MATTER** comes before the Court upon the Motions for Judgment on the Pleadings by Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation PLC brought under Federal Rule of Civil Procedure 12(c) in the above-captioned cases. For the reasons set forth in the Court's Opinion filed on this date, and for good cause shown,

**IT IS** on this 2nd day of February 2026,

**ORDERED** that Amarin's Motions (No. 24-04341, ECF No. 114; No. 24-07041, ECF No. 193) are **DENIED**; and

**ORDERED** that the Clerk's Office is directed to terminate the Motions.

_____
ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE