**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 9, 2026

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States Magistrate Judge for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Status Report and Request for Status Conference in Teva Pharmaceuticals USA, Inc. v. Amarin Pharma Inc., et al., 3:24-cv-04341-RK-TJB; and Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc. et al., No. 3:21-cv-10309-RK-TJB*

Dear Judge Bongiovanni:

This firm, together with Susman Godfrey LLP and Kirkland & Ellis LLP, represents Plaintiff Teva Pharmaceuticals USA, Inc., in the above-captioned action. We, along with counsel for Plaintiff Dr. Reddy's Laboratories, Inc. ("DRL"), write to provide the Court with a status update in the above-captioned matters as well as to request that the Court hold a status conference to address further proceedings in these matters.

On August 1, 2025, Plaintiffs in the related cases jointly requested that the Court enter a comprehensive case schedule, including the scheduling of depositions of Amarin witnesses. *See* Case No. 3:21-cv-10309-RK-TJB, Dkt. 214. In that submission, Plaintiffs respectfully requested that the Court require Amarin to "complete all previously noticed Amarin depositions by January 30, 2026," a date which has now passed. *Id.* at 3. In response, Amarin proposed completing the depositions of Amarin witnesses by February 16, 2026, a date which is quicky approaching. *See* Case No. 3:21-cv-10309-RK-TJB, Dkt. 215 at 5.

Last week, on February 2, 2026, Judge Kirsch denied Amarin's motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). *See* Dkt. 125. In light of that denial, there are no impediments in the Teva or DRL matters for the scheduling of Amarin depositions. Teva and DRL therefore respectfully request the Court hold a status conference for purposes of setting a comprehensive case schedule, or to address the schedule for further proceedings.

As always, we thank the Court for its attention to these matters and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh